# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL ROJAS MARQUEZ,<br>A #074022992 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-2515-S-BW |
| U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court will, by separate judgment, **DISMISS WITHOUT PREJUDICE** as moot the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 3].

**SO ORDERED.**

SIGNED March 3, 2026.

**UNITED STATES DISTRICT JUDGE**